ENTER-CLOSED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONEEN RINGER, | ) CV 09-1293 op |
| Plaintiff, | ) |
| | ) JUDGMENT OF |
| v. | ) REMAND |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

The Court having received and approved the Stipulation for Voluntary Remand pursuant to sentence four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to sentence four of 42 U.S.C. § 405(g) lodged concurrently with the lodging of the within Judgment.

DATE:   11/30/09

_____
OSWALD PARADA
United States Magistrate Judge

-1-